**Order entered March 12, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01521-CV

**AETNA LIFE INSURANCE COMPANY, ET AL., Appellants**

**V.**

**KINDRED HOSPITALS LIMITED PARTNERSHIP
D/B/A KINDRED HOSPITAL HOUSTON MEDICAL CENTER, ET AL., Appellees**

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-13831**

## ORDER

Before the Court is the parties' March 11, 2019 joint motion to abate the appeal for sixty days as they pursue mediation. We **GRANT** the motion. We **ORDER** the parties to file, by Monday, May 13, 2019, either a motion to dismiss the appeal or a status report.

We **ABATE** this appeal. It will be reinstated in sixty-five days from the date of this order.

/s/     KEN MOLBERG
         JUSTICE